*September 7, 2017*

2017-Ohio-7476.]

**2015–0060. Lorain Cty. Bar Assn. v. Provenza.**
On report by the Board of Professional Conduct. In 2017–1158, *In re Resignation of Provenza*, this court accepted respondent's resignation with disciplinary action pending. Therefore, this cause is dismissed. Costs are taxed to respondent.

**2016–1489. Wood Cty. Bar. Assn. v. Searfoss.**
On report by the Board of Professional Conduct. In 2017–0997, *In re Resignation of Searfoss*, this court accepted respondent's resignation with disciplinary action pending. Therefore, this cause is dismissed. Costs are taxed to respondent.

**2017–0010. Disciplinary Counsel v. Rutherford.**
On certification of default. On relator's motion to remand proceedings to Board of Professional Conduct to initiate default proceedings seeking permanent disbarment. Motion granted. The interim default suspension imposed against respondent on February 1, 2017, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of the court.

**2017–1158. In re Resignation of Provenza.**
On application for resignation of Mark Russell Provenza, Attorney Registration No. 0022490, and on report filed under seal by disciplinary counsel. Resignation accepted with disciplinary action pending.

*September 7, 2017*

2017-Ohio-7487.]

**1994–2622. State v. Otte.**
Cuyahoga App. No. 64617. On appellant's motion to stay execution date. Motion denied.
O'NEILL, J., dissents.